# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-19-00013-CV

**Iris Knight and Eugene Knight, Appellants**

**v.**

**Marshall Gulley, Appellee**

### FROM THE 98TH DISTRICT COURT OF TRAVIS COUNTY
### NO. D-1-FM-12-001292, THE HONORABLE ORLINDA NARANJO, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellants' brief was due on April 8, 2019. On May 1, 2019, this Court notified appellants that their brief was overdue, that any brief they filed would require a motion for extension of time, and that their failure to file a motion for extension of time or a brief with that motion by May 13, 2019, would result in the dismissal of this appeal for want of prosecution. To date, appellants have not filed a brief or a motion for extension of time. Accordingly, we dismiss this appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

_____

Gisela D. Triana, Justice

Before Justices Goodwin, Baker, and Triana

Dismissed for Want of Prosecution

Filed: June 19, 2019